UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-209-T-30AEP

DENISE AQUILINA

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' Motion for Forfeiture Money Judgment (Dkt. #15) in the amount of $42,369.00, which upon entry shall become a final order of forfeiture as to defendant Denise Aquilina. Being fully advised in the premises, the Court hereby finds that the United States has established that Aquilina obtained $42,369.00 in proceeds as a result of the Social Security fraud offense as charged in Count One of the Indictment, in violation of 18 U.S.C. § 641, for which she has been convicted. Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Dkt. #15) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), Aquilina is personally liable for a forfeiture money judgment in the amount of $42,369.00, which represents the amount of proceeds she received as a result of the Social Security fraud offense charged in Count One of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated under 28 U.S.C. § 2461(c), up to the amount of the $42,369.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-209.forfeit 15.wpd

2